Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIFFANY THORNE,<br><br>　　　　Defendant. | Case No. CR05-5557<br><br>ORDER GRANTING STIPULATED<br>MOTION TO CONTINUE TRIAL DATE |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial.

IT IS HEREBY ORDERED that the trial date be continued to December 12, 2005. The period of delay resulting from this continuance from November 14, 2005, to December 12, 2005, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

DONE this 8th day of November, 2005.

/s/  JAMES P. DONOHUE
United States Magistrate Judge

**MOTION AND ORDER TO CONTINUE TRIAL DATE**
**United States v. Tiffany Thorne, CR05-5557 - Page 1**

Special Assistant United States Attorney
Post Office Box 33695
Fort Lewis, Washington  98433
(253) 967-0711

Presented by:

_____    _____
GLEN E. TEMPLETON                                                  COLIN FIEMAN
Special Assistant United States Attorney              Attorney for Defendant

**MOTION AND ORDER TO CONTINUE TRIAL DATE**
**United States v. Tiffany Thorne, CR05-5557 - Page 2**

**Special Assistant United States Attorney**
Post Office Box 33695
Fort Lewis, Washington  98433
(253) 967-0711